1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE SWETT, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>              Defendant. | Case No: 3:13-CV-0316-BTM-WVG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF JOE SWETT AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS**<br><br>HON. BARRY TED MOSKOWITZ |

The Court, having read and considered the Joint Motion For Dismissal of Action With Prejudice As To The Individual Claims of Joe Swett and Without Prejudice As To The Class Claims, hereby **ORDERS** as follows:

1. Plaintiff's individual claims brought in the above-entitled action, filed in the U.S.D.C., Southern District of California, Case No. 13-CV-0316-BTM-WVG, are dismissed WITH PREJUDICE.

2. Plaintiff's class claims are dismissed WITHOUT PREJUDICE, resulting is dismissal of the entire action.

3. Each party shall bear its/his own attorney's fees and costs with respect to this dismissal.

**IT IS SO ORDERED**.

Date: June 5, 2013

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE